UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AARON O. MENZE,                                    Case No. 24-CV-1243 (PJS/LIB)

          Plaintiff,

v.

COUNTY OF OTTER TAIL; WAYNE                        ORDER
STEIN, in his official and individual
capacities; and HEATHER JACOBSON, in
her official capacity,

          Defendants.

      Aaron O. Menze, pro se.

      James R. Andreen, ERSTAD & RIEMER, P.A., for defendants.

      This matter is before the Court on plaintiff Aaron Menze's objection to the October 29, 2024, Report and Recommendation ("R&R") of Magistrate Judge Leo I. Brisbois.  Judge Brisbois recommends dismissing the complaint and denying Menze's motion for a preliminary injunction.  The Court has conducted a de novo review.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  Based on that review, the Court overrules Menze's objection and adopts the R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT plaintiff's objection [ECF No. 36] is OVERRULED and the Report and Recommendation [ECF No. 35] is ADOPTED as follows:

1. Defendants' motion to dismiss [ECF No. 5] is GRANTED IN PART and DENIED IN PART.

2. The complaint [ECF No. 1] is DISMISSED WITHOUT PREJUDICE.

3. Plaintiff's motion for a preliminary injunction [ECF No. 22] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 10, 2025             s/Patrick J. Schiltz
                                    Patrick J. Schiltz, Chief Judge
                                    United States District Court